# RECORD OF MAGISTRATE'S PROCEEDINGS

UNITED STATES OF AMERICA
vs
Peter Schwartz

MAGISTRATE'S DOCKET #: 21-mj-250
DATE OF COMPLAINT: 2/4/2021
CRIMINAL DOCKET NUMBER:
DATE OF INDICTMENT:
STATUTE: 18:111, 18:1952, 18:231, 40:5104

DATE ARRESTED: 2/4/2021

## INITIAL APPEARANCE

Before Magistrate: ☑ DODGE
☐ LENIHAN  ☐ EDDY  ☐ LANZILLO  ☐ KELLY  ☐ PESTO

Date: 2/4/2021
Time: 4:21 pm – 4:31 pm
Tape Index: 4:21 pm

U.S. ATTORNEY: Soo Song

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   ☐ Read  ☑ Summarized  ☐ Reading waived
   ☐ Defendant provided with a copy of the charges
   ☑ Defendant to be provided with a copy of the charges as soon as possible

   \* Out of District Arrest (District of Columbia)

3. **ACT & PENALTIES**
   ☐ Read  ☐ Summarized  ☐ Reading waived

4. **COUNSEL**
   ☐ Defendant requested appointment  ☐ Defendant waived appointment
   Defendant represented by: Jay Finkelstein
   Defendant expects to retain:
   Affidavit executed.
   ☐ Not Qualified  ☐ Qualified  ☐ with possible requirement for partial or full payment
   ☑ Federal Public Defender appointed
   ☐ CJA Panel Attorney _____ appointed

   \* By Video Consented

5. **BAIL**
   Recommended Bond:
   Bond Set at:
   ☐ By Consent
   ☐ By Magistrate
   ☐ Bond Posted
   ☑ Temporary Commitment issued    ☐ Final Commitment issued
   Bond Review Hearing Set For:
   Detention Hearing Set For: 2/10 at 2:00 pm

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   Preliminary Exam/~~Rule 40/Arraignment~~ set for: 2/10 at 2:00 pm
   Before Magistrate: Lenihan

ADDITIONAL COMMENTS: