IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Magistrate No.   21-250M |
| ) | |
| PETER SCHWARTZ ) | |

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this 8th day of February, 2021, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:   Jay J. Finkelstein

PA Attorney ID # 42943

_____
Patricia L. Dodge
United States Magistrate Judge