IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) CRIM. NO. 21-250M
)
PETER SCHWARTZ )
)

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Administrative Order 20-mc-466, this Court finds:

__X__ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

__X__ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

　_____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

　_____ Other:

Date: 2/11/21

United States Magistrate Judge