# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | Magistrate No. 2:21-cr-00250 |
| PETER SCHWARTZ | ) | |

## PRELIMINARY EXAMINATION / DETENTION HEARING
Before Magistrate Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| United States of America | | Soo Song |
| Peter Schwartz | Defendant | Jay Finkelstein |

Date: February 11, 2021, at 2:00 PM

Court Reporter: Noreen Re

Defendant agrees on the record to proceed with this hearing via video. Defense counsel indicated his client will waive his right to an identity hearing and is not pursuing a detention hearing at this time, but is requesting one in the charging district. The waiver will be executed. FBI Special Agent Matt Solomon is sworn and testifies. (Government Exhibits 1-13 and 15 are all admitted.) Argument is made as to probable cause. The Court finds there is sufficient evidence to support probable cause and an appropriate order will be entered.